UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC et al.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 2:23-cv-03194-SB-BFM<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    This case was filed on April 27, 2023.  Dkt. No. 1.  On May 23, 2023, Plaintiff filed proof that Defendant Beverly Hills 90210, Inc. d/b/a Canyon News was served on May 10, 2023.  Dkt. No. 16.  Defendant's responsive pleading was due on May 31, 2023.  None has been filed and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than July 3, 2023, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED
Date: June 26, 2023

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge